Commonwealth *v.* Schmitt, Appellant.

Argued November 10, 1971. *Charles N. Caputo,* for appellant; *Carol Mary Los,* Assistant District Attorney, with her *Robert L. Campbell,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

Commonwealth *v.* Shade, Appellant.

Submitted December 10, 1971. *Robert J. Sarno,* and *Furst, McCormick, Lynn, Reeder & Nichols,* for appellant; *Bernhard Dohrmann,* District Attorney, for Commonwealth, appellee.

Order affirmed.